AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

|  |  |
|---|---|
| CESAR VARGAS and GLORIA VARGAS, <br> _____ <br> *Plaintiff(s)* <br> v. <br> _____ <br> GABRIELE LANGER a/k/a BARONESS G. von LANGENDORFF, <br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No. 22 Civ. 7331(GRB)(JMW)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Gabriele Langer
    The Pierre Hotel
    795 Fifth Avenue
    New York, New York 10065

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Troy L. Kessler
    Garrett Kaske
    KESSLER MATURA P.C.
    534 Broadhollow Road, Suite 275
    Melville, NY 11747
    Phone: (631) 499-9100

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 12/5/2022



*Laura Jakubowski*
*Signature of Clerk or Deputy Clerk*