UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
CESAR VARGAS and GLORIA VARGAS,

    Plaintiffs,

       -against-

ARTHUR H. BROWN, JR. and PAUL CARDILE, as Executors of the Estate of GABRIELE LANGER a/k/a BARONESS G. von LANGENDORFF,

    Defendants.
-------------------------------------------------------------------- X

**No. 22 Civ. 7331 (NJC)(JMW)**

## NOTICE OF ACCEPTANCE OF OFFER PURSUANT TO FED. R. CIV. P. 68

Pursuant to Federal Rule of Civil Procedure 68(a), Plaintiffs Cesar Vargas and Gloria Vargas hereby accepts Defendants' Offer of Judgment, dated July 15, 2024, attached hereto as Exhibit A.

Dated:  Melville, New York
        July 25, 2024

Respectfully submitted,

By: _/s/ Garrett Kaske_
    Garrett Kaske

**KESSLER MATURA P.C.**
Troy L. Kessler
Garrett Kaske
534 Broadhollow Road, Suite 275
Melville, NY 11747
(631) 499-9100
tkessler@kesslermatura.com
gkaske@kesslermatura.com

*Attorneys for Plaintiffs*

# Exhibit A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
CESAR VARGAS and GLORIA VARGAS,                              :
                                                              :
Plaintiffs,                                                   :   No. 22 Civ. 7331 (NJC)(JMW)
                                                              :
        -against-                                             :
                                                              :
ARTHUR H. BROWN, JR. and PAUL CARDILE, as                    :
Executors of the Estate of GABRIELE LANGER a/k/a             :   **OFFER OF JUDGMENT**
BARONESS G. von LANGENDORFF,                                  :
                                                              :
Defendants.                                                   :
------------------------------------------------------------------ X

  Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants ARTHUR H. BROWN, JR. and PAUL CARDILE, as Executors of the Estate of GABRIELE LANGER a/k/a BARONESS G. von LANGENDORFF, ("Defendants"), by their attorneys McLaughlin & Stern, LLP, hereby offer to allow judgment to be taken against them, jointly and severally, and in favor of Plaintiffs CESAR VARGAS and GLORIA VARGAS ("Plaintiffs") in the sum of Sixty Thousand Dollars and Zero Cents ($60,000.00), inclusive of attorneys' fees, costs, and expenses accrued as of this date and apportioned to the legal representation of Plaintiffs. The amount paid to Plaintiffs shall be inclusive of all damages, liquidated damages, and interest in full and final resolution of all of Plaintiffs' claims against Defendants arising out of, alleged in, or related to the facts and transactions alleged in the above-captioned action. If Plaintiffs accept this Offer of Judgment, the only payment due from Defendants in full resolution of this action shall be $60,000.00.

  This Offer of Judgment is made for the purposes specified in Federal Rule of Civil Procedure 68, and neither this Offer of Judgment nor any judgment that may result from this Offer of Judgment shall be construed as either an admission of liability on the part of any Defendant or

an admission that Plaintiffs have suffered any damages or are in any way entitled to recovery of any sums, but rather is made solely for the purpose of compromising a disputed claim.

Acceptance of this Offer of Judgment will act to fully and finally release and discharge Defendants, including any of their successors, predecessors, affiliated entities, and all past and present owners, board members, directors, employees, representatives, insurers, agents, and assigns from any and all claims that were or could have been alleged by Plaintiffs in the above-referenced action, including all claims made pursuant to the Fair Labor Standards Act, New York Labor Law, and the New York Wage Theft Prevention Act, and all other statutory and non-statutory claims, whether known or unknown and whether asserted or unasserted, concerning or arising out of Plaintifs' employment or alleged employment with Defendants.

This Offer of Judgment is made pursuant to the provisions of Rule 68 of the Federal Rules of Civil Procedure and shall be deemed withdrawn unless Plaintiffs serve written notice of his acceptance within fourteen (14) days of the date on which this Offer of Judgment was served. Any evidence of this Offer of Judgment shall be inadmissible except in any proceeding to enforce its terms.

Dated: New York, New York
       July 25, 2024

By: _____
Brett R. Gallaway, Esq.
MCLAUGHLIN & STERN, LLP
260 Madison Ave., 18th Floor
New York, New York 10016
Tel: (212) 448-1100
bgallaway@mclaughlinstern.com
*Attorneys for Defendants*

2

TO:    Garrett Kaske
Kessler Matura, P.C.
534 Broadhollow Rd. Suite 275
Melville, New York 11747
Tel : (631) 499-9100
gkaske@kesslermatura.com
*Attorneys for Plaintiffs*

3