UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CESAR VARGAS and GLORIA VARGAS,

                Plaintiffs,

  - against -                                 **JUDGMENT**
                                                            CV 22-7331 (NJC) (JMW)

ARTHUR H. BROWN, JR., and PAUL CARDILE, as
Executors of the Estate of GABRIELE LANGER a/k/a
BARONESS G. von LANGENDORFF,

                Defendants.
----------------------------------------------------------------X

       A Notice of Acceptance of Offer of Judgment having been filed by Plaintiffs on July 25, 2024, accepting Defendants' July 25, 2024 offer to allow judgment against them, jointly and severally, in the amount of $60,000.00, inclusive of attorneys' fees and costs, in full and final resolution of all of Plaintiffs' claims in this action, it is

       **ORDERED AND ADJUDGED** that judgment is entered in in favor of Plaintiffs Cesar Vargas and Gloria Vargas against Defendants Arthur H. Brown, Jr., and Paul Cardile, as Executors of the Estate of Gabriele Langer a/k/a Baroness G. Langendorff, jointly and severally, in the amount of $60,000.00, inclusive of attorneys' fees and costs, in full and final resolution of all of Plaintiffs' claims in this action; and that this case is closed.

Dated:  July 26, 2024
          Central Islip, New York

                                                                BRENNA B. MAHONEY
                                                                 CLERK OF COURT

                                               By:    /s/ James J. Toritto
                                                              Deputy Clerk